STATE of Missouri, Plaintiff–Respondent,

v.

Stephen D. LAMB, Defendant–Appellant.

No. 64005.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 21, 1994.

Timothy R. Cisar, Lake Ozark, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for appellee.

Before SIMON, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from a conviction of stealing in violation of § 570.030 RSMo (1986). He was sentenced to one year imprisonment in the Warren County jail and to pay a fine in the amount of $5,000.

Judgment affirmed. Rule 30.25(b).